# CERTIFICATION PURSUANT TO
# THE FEDERAL SECURITIES LAWS

I, Christopher Bushman, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Chairman of the St. Lucie County Fire District Firefighters Pension Trust Fund ("St. Lucie Fire").

2. I am familiar with the allegations in this matter, and authorize the filing of a complaint (the "Complaint") and/or lead plaintiff papers in this matter on behalf of St. Lucie Fire.

3. St. Lucie Fire is willing to serve as a representative party on behalf of the Class (as defined in the Complaint), including providing testimony at deposition and trial, if necessary.

4. During the Class Period (as defined in the Complaint), St. Lucie Fire purchased and/or sold the security that is the subject of the Complaint as set forth on the attached Schedule A.

5. St. Lucie Fire did not engage in the foregoing transactions at the direction of counsel or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three-year period preceding the date of my signing this Certification, St. Lucie Fire has not sought to serve, nor has it served as a representative party on behalf of a class in any private action(s) arising under the Securities Act or the Exchange Act.

7. St. Lucie Fire will not accept any payment for serving as a representative party on behalf of the class beyond its *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20TH day of JANUARY, 2010.

_____
Christopher Bushman
Chairman
*St. Lucie County Fire District*
*Firefighters Pension Trust Fund*

1

## SCHEDULE A

### *St. Lucie County Fire District Firefighters Pension Trust Fund*

Class Period Transactions in Motorola Inc. Stock (Ticker: MOT, CUSIP # 620076109) for a Class Period of 12/06/07 – 01/22/08:

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 01/22/08 | Buy | 1,400 | $11.9879 |