# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

St. Lucie County Fire District Firefighters'
Pension Trust Fund

                          Plaintiff,

v.                                       Case No.: 1:10−cv−00427

                                      Honorable Virginia M. Kendall

Motorola, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 5, 2010:

      MINUTE entry before Honorable Virginia M. Kendall: Status hearing held and continued to 12/2/2010 at 09:00 AM to set a discovery and dispositive motion schedule. Plaintiff is given to 6/4/2010 to file a consolidated amended complaint. Defendants are given to 8/5/2010 to file their motions to dismiss and supporting memoranda. Responses aer to be filed by 10/5/2010. Replies are to be filed by 11/5/2010. Court will rule by mail. Plaintiff's motion to appoint St.Lucie County Fire District Firefighters' Pension Trust Fund as lead plaintiff and to appoint the law firm of Scott and Scott as lead counsel with Freed and Weiss as liaison counsel is granted.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.