UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, TOWN OF NORTH BRANFORD PENSION COMMITTEE, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>MOTOROLA, INC., EDWARD J. ZANDER, GREGORY Q. BROWN, and THOMAS MEREDITH,<br><br>                Defendants. | No. 1:10-cv-00427<br><br>Honorable Virginia M. Kendall |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT, CLASS CERTIFICATION AND THE PLAN OF DISTRIBUTION**

Pursuant to this Court's Order dated July 7, 2011, Lead Plaintiff St. Lucie County Fire District Firefighters' Pension Trust Fund and named plaintiff Town of North Branford Pension Committee (collectively "Plaintiffs") respectfully move the Court for entry of the Proposed Order: (1) finally approving the settlement of this Litigation; (2) approving the Plan of Distribution for the distribution of the Settlement Fund; and (3) certifying the Settlement Class.

The grounds in support of this Motion are set forth fully in Plaintiffs' Memorandum in Support of Final Approval of the Proposed Settlement, Class Certification, the Plan of Distribution, and the Declaration of Geoffrey Johnson, filed contemporaneously herewith.

DATED: September 20, 2011

Respectfully submitted,
SCOTT+SCOTT LLP

 /s/ Geoffrey M. Johnson
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH  44106
Tel:  216-229-6088
Fax:  216-229-6092

BETH A KASWAN (#ILND-GB-2256)
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY  10110
Tel:  212-223-6444
Fax:  212-223-6334

*Lead Counsel for Lead Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically via the Court's CM/ECF system this __ day of September, 2011. This document was served electronically upon all those registered to receive electronic notice, and via regular U.S. mail upon all parties not so registered. All parties may access this document through the Court's CM/ECF system.

SCOTT+SCOTT LLP


 /s/ Geoffrey M. Johnson
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088
Fax: 216-229-6092

*Lead Counsel for Plaintiffs*

2