UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, TOWN OF NORTH BRANFORD PENSION COMMITTEE, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOTOROLA, INC., EDWARD J. ZANDER, GREGORY Q. BROWN, and THOMAS MEREDITH,<br><br>Defendants. | No. 1:10-cv-00427<br><br>Honorable Virginia M. Kendall |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES FROM THE SETTLEMENT FUND**

Pursuant to this Court's Order dated July 7, 2011, Lead Plaintiff St. Lucie County Fire District Firefighters' Pension Trust Fund and named plaintiff Town of North Branford Pension Committee (collectively "Plaintiffs") respectfully move the Court for entry of the Proposed Order: (1) awarding Plaintiffs' Counsel's attorneys' fees; (2) reimbursing Plaintiffs' Counsel's litigation expenses; and (3) reimbursing Plaintiffs their reasonable costs and expenses (including lost wages).

The grounds in support of this Motion are set forth fully in the Plaintiffs' Memorandum in Support of Plaintiffs' Counsel's Application for an Award of Attorney's Fees and Reimbursement of Costs and Expenses from the Settlement Fund, and the Declaration of Geoffrey Johnson, filed contemporaneously herewith.

DATED: September 20, 2011

Respectfully submitted,
SCOTT+SCOTT LLP

 /s/ Geoffrey M. Johnson
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH  44106
Tel:  216-229-6088
Fax:  216-229-6092

BETH A KASWAN (#ILND-GB-2256)
SCOTT+SCOTT LLP
500 Fifth Avenue, 40th Floor
New York, NY  10110
Tel:  212-223-6444
Fax:  212-223-6334

*Lead Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the Court's CM/ECF system this 20th day of September, 2011. This document was served electronically upon all those registered to receive electronic notice, and via regular U.S. mail upon all parties not so registered. All parties may access this document through the Court's CM/ECF system.

SCOTT+SCOTT LLP


 /s/ Geoffrey M. Johnson
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH  44106
Tel:  216-229-6088
Fax:  216-229-6092

*Lead Counsel for Plaintiffs*

2