

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, TOWN OF NORTH BRANFORD PENSION COMMITTEE, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) | No. 1:10-cv-00427 Honorable Virginia M. Kendall |
| Plaintiffs, | ) ) |  |
| vs. | ) ) |  |
| MOTOROLA, INC., EDWARD J. ZANDER, THOMAS MEREDITH and GREGORY Q. BROWN, | ) ) ) ) |  |
| Defendants. | ) ) |  |

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES TO PLAINTIFFS' COUNSEL AND GRANTING THE REQUEST OF THE LEAD PLAINTIFF AND NAMED PLAINTIFF FOR REIMBURSEMENT OF COSTS AND EXPENSES**

THIS MATTER having come before the Court on the motion of Lead Counsel for: (1) an award of attorneys' fees and expenses incurred in this litigation; and (2) the reimbursement of the reasonable costs and expenses (including lost wages) incurred by Lead Plaintiff St. Lucie County Fire District Firefighters' Pension Trust Fund ("St. Lucie") and named plaintiff Town of North Branford Pension Committee ("North Branford") (collectively "Plaintiffs") in their representation of the Settlement Class in this action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.       For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Settlement Agreement dated as of July 6, 2011 (the "Stipulation" or "Settlement Agreement").

2.       This Court has jurisdiction over the subject matter of the application and all matters relating thereto, including all members of the Settlement Class who have not timely and validly requested exclusion.

3.       The Court finds that an award of attorneys' fees under the percentage-of-recovery method is proper in this case, and further finds that a fee award of 30% of the Settlement Fund is fair, reasonable and consistent with awards made in similar cases.

4.       The Court hereby awards Lead Counsel attorneys' fees of 30% of $3,150,000 from the Settlement Fund, plus accrued interest. The court hereby awards payment of expenses in an aggregate amount of $ _99,500.00_, to be paid from the Settlement Fund. Said attorneys' fees shall be allocated by Lead Counsel in a manner which in their good faith judgment reflects each counsel's contribution to the institution, prosecution, and resolution of the litigation.

1

5. The awarded attorneys' fees and expenses shall be paid from the Settlement Fund immediately after the date this Order is executed, subject to the terms, conditions, and obligations of Settlement Agreement, and in particular ¶6.2 thereof, which terms, conditions, and obligations are incorporated herein.

6. The Court finds that an award to Lead Plaintiff St. Lucie and named plaintiff North Branford for their reasonable costs and expenses (including lost wages) spent directly in their representation of the Settlement Class and prosecution of this action is fair and reasonable, and thus awards St. Lucie $ _901. 00_ and North Branford $ _667. 00_ from the Settlement Fund.

IT IS SO ORDERED.

Dated: Chicago, Illinois
   _11-2_ , 2011

The Honorable Virginia M. Kendall
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the Court's CM/ECF system this __ day of September, 2011. This document was served electronically upon all those registered to receive electronic notice, and via regular U.S. mail upon all parties not so registered. All parties may access this document through the Court's CM/ECF system.

SCOTT+SCOTT LLP


 /s/ Geoffrey M. Johnson
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088
Fax: 216-229-6092

*Lead Counsel for Plaintiffs*