UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ST. LUCIE COUNTY FIRE DISTRICT FIREFIGHTERS' PENSION TRUST FUND, TOWN OF NORTH BRANFORD PENSION COMMITTEE, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MOTOROLA, INC., EDWARD J. ZANDER, THOMAS MEREDITH and GREGORY Q. BROWN,<br><br>Defendants. | No. 1:10-cv-00427<br><br>Honorable Virginia M. Kendall<br><br>PLAINTIFFS' UNOPPOSED MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUND |

**PLEASE TAKE NOTICE** that, upon the concurrently filed Declaration of Jason Zuena [of Claims Administrator The Garden City Group, Inc.] in Support of Plaintiffs' Motion for Distribution of Net Settlement Fund ("Zuena Decl."), the accompanying Memorandum of Points and Authorities, and upon all prior proceedings herein, Plaintiffs in this matter respectfully move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (i) approving the administrative determinations of the Claims Administrator, The Garden City Group, Inc. ("GCG"); (ii) accepting and rejecting the claims submitted as recommended in the Zuena Decl.; (iii) directing payment of administrative costs and fees incurred, and to be incurred, by GCG in direct connection with services performed and to be performed with respect to the administration of the Settlement Fund; (iv) directing distribution of the Net Settlement Fund, after deduction of the payments requested herein, to Class Members whose Proofs of Claim have been accepted; (v) approving Lead Counsel's selection of the Legal Assistance Foundation of Metropolitan Chicago (an Internal Revenue Code Section 501(c)(3) charity) to receive any residual remaining in the Net Settlement Fund following the distribution to Class Members; and (vi) authorizing destruction of paper copies of Proof of Claim forms one year after distribution of the Net Settlement Fund, and authorizing destruction of electronic copies of claim records three years after distribution of the Net Settlement Fund.[1]

WHEREFORE, Plaintiffs respectfully request that the Court enter the [Proposed] Order Regarding Distribution of Class Settlement Fund submitted concurrently with this Motion.

DATED: January 31, 2013

Respectfully submitted,

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP

/s/ Geoffrey M. Johnson
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12

---

[1] All capitalized terms not otherwise defined herein have the meaning ascribed to them in the Settlement Agreement.

Cleveland Heights, OH 44106
Tel: 216-229-6088
Fax: 216-229-6092

BETH A. KASWAN (#ILND-GB-2256)
SCOTT+SCOTT.
ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Avenue, 40th Floor
New York, NY 10174
Tel: 212-223-6444
Fax: 212-223-6334

*Lead Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically via the Court's CM/ECF system this 31st day of January, 2013. This document was served electronically upon all those registered to receive electronic notice, and via regular U.S. mail upon all parties not so registered. All parties may access this document through the Court's CM/ECF system.

SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP

/s/ Geoffrey M. Johnson
GEOFFREY M. JOHNSON (*pro hac vice*)
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Tel: 216-229-6088
Fax: 216-229-6092

*Lead Counsel for Plaintiffs*